IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LOIS MOORE**                                                                                  **PLAINTIFF**

**v.**                  **CASE NO. 4:23-CV-00990-BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE